**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ruth Hayes v. Strata Marquis LLC

Appellate case number:   01-19-00462-CV

Trial court case number: 1130451

Trial court:             County Court at Law No. 1 of Harris County

   Appellant filed an affidavit of inability to pay costs in the trial court. The appellate record does not indicate that the trial court overruled the party's claim of indigence. *See* TEX. R. APP. 20.1(b)(1). Appellant may therefore proceed on appeal without payment of costs. *See id.*

   The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See id.*

   The trial court clerk is **ORDERED** to provide a complete copy of the clerk's record and the reporter's record to appellant without charge. *See* TEX. R. CIV. P. 145.

Judge's signature: _____/s/ Sherry Radack_____
      ☒ Acting individually   ☐ Acting for the Court

Date: ___June 27, 2019___